**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 14-6000**

─────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JUSTIN HAWKINS, a/k/a Main,

              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:98-cr-00016-BO-1)

─────────

Submitted: February 27, 2014        Decided: March 5, 2014

─────────

Before NIEMEYER, KING, and AGEE, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Justin Hawkins, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Shailika K. Shah, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Hawkins appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hawkins, No. 5:98-cr-00016-BO-1 (E.D.N.C. Dec. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED